IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELVIN ZEMAN,

        Plaintiff,

v.

                                          Case No. 20-cv-591-wmc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi against plaintiff Melvin Zeman affirming the decision of the Commissioner and dismissing this case.

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 1/05/2022 |
| Peter Oppeneer, Clerk of Court | Date |